IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAQUANNA WILLIAMS**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*<br><br>v.<br><br>**PENN CREDIT CORPORATION, and JOHN DOES 1-25**,<br><br>*Defendants* | Case No.  5:19-cv-04320-JDW |

## ORDER

**AND NOW**, this 23rd day of October, 2019, upon receipt of Plaintiff's Notice of Voluntary Dismissal advising that Plaintiff and Defendants in the above-captioned matter have settled Plaintiff's individual claims (ECF No. 2), it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(2) and Local Rule of Civil Procedure 41.1(b).  Each party shall bear her or its own costs and attorneys' fees.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.